IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                              *   CASE NUMBER: 10-01750 ESL
                                    *
LOURDES MILAGROS PEREZ COLLAZO      *
                                    *
     DEBTOR(S)                      *   CHAPTER 13 (ASSET CASE)
                                    *
*********************************

MOTION IN RECONSIDERATION OF ORDER AND
NOTICE DATED JUNE 10TH, 2010

TO THE HONORABLE COURT:

COMES now Debtor(s)represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. On June 10th, 2010, the Court entered an order and notice granting the transfer of Funds consigned in favor of Doral from case no. 07-01966 (Docket entry #19)

2. On June 10th, 2010, the Court entered an order and notice granting the transfer of funds but declining debtor's request for disbursement of funds due to the fact that the funds were consigned in favor of the then secure debt with Doral.

3. As of today and regards with the debt with Doral dobtor is providing for the surrender in full of the secured portion of the debt as well as consenting to the lift of stay in regards with said debt as to any unsecured portion.

4. Since the debt with Doral in regards with the present bankruptcy is unsecured, the funds tranfered from case 07-01666 should be then distributed among general unsecured creditors.

5. In light of the abovementioned, debtor requests that the order dated June 10th, 2010 be reconsidered and for this Honorable Court to allow the disbursement of the tranfered funds.

**NOTICE**: Within twenty one(21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**WHEREFORE,** is respectfully requested from this Honorable Court to grant the present Motion, and enter an Order to allow the disbursement of the tranfered funds to General Unsecured debts.

In San Juan, Puerto Rico, this 15th, day of June, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED.

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

Label Matrix for local noticing
0104-3
Case 10-01750-ESL13
District of Puerto Rico
Old San Juan
Tue Jun 15 08:21:20 AST 2010

RECOVERY MANAGEMENT SYSTEMS CORP
RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AEELA
P.O. BOX 364508
SAN JUAN, PR  00936-4508

American Infosource Lp As Agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

DORAL FINANCIAL CORPORATION
PO BOX 71529
SAN JUAN, PR  00936-8629

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FRANCISCO HERNANDEZ CHIQUES, ESQ.
PO BOX 9749
SAN JUAN, PR 00908-0749

PRAMCO II
230 CROSS KEYS OFFICE PARK
FAIRPORT, NY 14450-3510

SOPRAMCO CV9 CR, LLC
230 Crosskeys Office Park
Fairport, NY 14450-3510

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

LOURDES MILAGROS PEREZ COLLAZO
CALLE 46 A A-51
VALLE ARRIBA HEIGHTS
CAROLINA, PR 00983

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PEREZ COLLAZO, LOURDES MILAGROS

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17