**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. **10-01750**

**PEREZ COLLAZO, LOURDES MILAGROS**                                                Chapter **13**
                                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                ☐ AMENDED PLAN DATED: **6/14/2010**
☑ PRE ☐ POST-CONFIRMATION                   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,200.00** x **56** = $ **67,200.00**
$ **1,550.00** x **4** = $ **6,200.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **73,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **73,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,994.00**

Signed: _____
           Debtor

           _____
           Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**                    Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **PRAMCO CV9, LLC**   Cr. _____   Cr. _____
# **107170019**           # _____    # _____
$ **63,986.24**           $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**              Cr. _____   Cr. _____
# **0001**                # _____    # _____
$ **1,104.99**            $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____                Cr. _____   Cr. _____
# _____                  # _____    # _____
$ _____                  $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **AEELA**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **PRAMCO CV9, LLC**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____                Cr. _____   Cr. _____
# _____                  # _____    # _____
$ _____                  $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

IN RE PEREZ COLLAZO, LOURDES MILAGROS                              Case No. 10-01750
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF DORAL FINANCIAL FOR THE ACCOUNT ENDING #3185, IN FULL SATISFACTION OF THE SECURED PORTION OF THE DEBT. DEBTOR CONSENTS TO THE LIFT OF STAY IN REGARDS WITH THIS ACCOUNT.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF PRAMCO II FOR THE ACCOUNT ENDING #0056, IN FULL SATISFACTION OF THE SECURED PORTION OF THE DEBT. DEBTOR CONSENTS TO THE LIFT OF STAY IN REGARDS WITH THIS ACCOUNT.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR FIFTY (50%) PERCENT WHICH DEBTOR WILL RETAIN ACCORDINGLY, THE OTHER FIFTY (50%) PERCENT WILL BE PAID INTO THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

STEP UP IN PLAN WHEN DEBTOR PAYS OFF RETIREMENT LOANS.

SHOULD THE COURT GRANT DEBTOR'S REQUEST TO TRANSFER FUNDS INTO THE INSTANT CASE FROM DEBTOR'S SPOUSE PRIOR CASE CONSIGNED IN FAVOR OF DORAL, DEBTOR WILL AMEND THE PLAN ACCORDINGLY. THE COURT TO RETAIN JURISDICTION OVER THIS MATTER.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES M. PEREZ COLLAZO

    Debtor(s)

CASE NO.; 10-01750 ESL

CHAPTER 13(ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 06/16/2010**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16TH, day of June, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED.

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-01750-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu Jun 17 08:39:55 AST 2010 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AEELA<br>P.O. BOX 364508<br>SAN JUAN, PR 00936-4508 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 | DORAL FINANCIAL CORPORATION<br>PO BOX 71529<br>SAN JUAN, PR 00936-8629 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | FRANCISCO HERNANDEZ CHIQUES, ESQ.<br>PO BOX 9749<br>SAN JUAN, PR 00908-0749 | PRAMCO II<br>230 CROSS KEYS OFFICE PARK<br>FAIRPORT, NY 14450-3510 |
| SOPRAMCO CV9 CR, LLC<br>230 Crosskeys Office Park<br>Fairport, NY 14450-3510 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | LOURDES MILAGROS PEREZ COLLAZO<br>CALLE 46 A A-51<br>VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00983 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PEREZ COLLAZO, LOURDES MILAGROS      End of Label Matrix
                                         Mailable recipients   16
                                         Bypassed recipients    1
                                         Total                 17