IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LOURDES MILAGROS PEREZ COLLAZO<br><br><br>XXX-XX-0931<br><br><br><br>Debtor(s) | CASE NO. 10-01750 ESL<br>Chapter 13<br><br><br><br>**FILED & ENTERED ON 07/28/2010** |

## ORDER AND NOTICE

A hearing is hereby scheduled for 08/25/2010 at 02:00 P.M. together with the hearing on confirmation to consider the following:

1- Motion for reconsideration of order dated June 10, 2010 filed by Debtor (#26)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 28 day of July, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
    DORAL FINANCIAL CORPORATION