IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES MILAGROS PEREZ COLLAZO

XXX-XX-0931

Debtor(s)

CASE NO. 10-01750 ESL

Chapter 13

**FILED & ENTERED ON 08/09/2010**

## ORDER GRANTING WITHDRAWAL OF MOTION

Trustee's motion withdrawing (docket entry #33):

[X] the motion to dismiss (docket entry #32)
[ ] the objection to confirmation
[ ] the objection to claim #   filed by
[ ] the motion to lift stay (Index  )
[ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    MARILYN VALDES ORTEGA
    JOSE RAMON CARRION MORALES