IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LOURDES MILAGROS PEREZ COLLAZO

XXX-XX-0931

Debtor(s)

CASE NO. 10-01750 ESL

Chapter 13

**FILED & ENTERED ON 08/09/2010**

## ORDER GRANTING WITHDRAWAL OF MOTION

Trustee's motion withdrawing (docket entry #33):

[X] the motion to dismiss (docket entry #32)
[ ] the objection to confirmation
[ ] the objection to claim #     filed by
[ ] the motion to lift stay (Index  )
[ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    MARILYN  VALDES ORTEGA
    JOSE RAMON CARRION MORALES

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: davilap          Page 1 of 1            Date Rcvd: Aug 09, 2010
Case: 10-01750                Form ID: pdf002        Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 11, 2010.
```
db            LOURDES MILAGROS PEREZ COLLAZO,   CALLE 46 A A-51,   VALLE ARRIBA HEIGHTS,    CAROLINA, PR   00983
```
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2010**                                **Signature:** _Joseph Speetjens_