## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

LOURDES M. PEREZ COLLAZO

**Debtor(s)**

**CASE NUM.10-01750 ESL**

**CHAPTER 13(ASSET CASE)**

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 08/23/2010**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 23 day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

## United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. **10-01750 ESL**

**PEREZ COLLAZO, LOURDES MILAGROS**

Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| | |
|---|---|
| PLAN DATED: _____ <br> ☐ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: 8/23/2010 <br> Filed by: ☑ Debtor ☐ Trustee ☐ Other |
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |

### I. PAYMENT PLAN SCHEDULE

$ _____**1,200.00** x _____**5** = $ _____**6,000.00**
$ _____**1,300.00** x _____**51** = $ _____**66,300.00**
$ _____**1,650.00** x _____**4** = $ _____**6,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ _____**78,900.00**

Additional Payments:
$ _____**33,935.00** to be paid as a LUMP SUM
within **57 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**YEARLY CHRISTMAS BONUS IN THE AMOUNT OF $1687.00**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____**112,835.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **3000 —**
~~PRIOR FILING~~ **1006**
**OUTSTANDING BAN.** **$1994.00**

Signed: **/s/ PEREZ COLLAZO, LOURDES MILAGR**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** Phone: **(787) 758-4400**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **PRAMCO CV9, LLC** Cr. _____ Cr. _____
# **107170019** # _____ # _____
$ _____**63,986.24** $ _____ $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

3. ☑ Trustee pays VALUE OF COLLATERAL:
Cr. **CRIM** Cr. _____ Cr. _____
# **0001** # _____ # _____
$ _____**1,104.99** $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**PRAMCO CV9, LLC**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:
☐ Paid 100% / ☐ Other:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF DORAL FINANCIAL AND CRIM FOR THE ACCOUNT ENDING #3185, IN FULL SATISFACTION OF THE SECURED PORTION OF THE DEBT. DEBTOR CONSENTS TO THE LIFT OF STAY IN REGARDS WITH THIS ACCOUNT.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF PRAMCO II FOR THE ACCOUNT ENDING #0056, IN FULL SATISFACTION OF THE SECURED PORTION OF THE DEBT. DEBTOR CONSENTS TO THE LIFT OF STAY IN REGARDS WITH THIS ACCOUNT.

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR FIFTY (50%) PERCENT WHICH DEBTOR WILL RETAIN ACCORDINGLY, THE OTHER FIFTY (50%) PERCENT WILL BE PAID INTO THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS IN THE APROXIMATE AMOUNT OF $1687.00 DOLLARS.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, IN THE YEARLY AMOUNT OF $5,100.OO DOLLARS.

STEP UP IN PLAN WHEN DEBTOR PAYS OFF RETIREMENT LOANS.

SHOULD THE COURT GRANT DEBTOR'S REQUEST TO TRANSFER FUNDS INTO THE INSTANT CASE FROM DEBTOR'S SPOUSE PRIOR CASE CONSIGNED IN FAVOR OF DORAL, DEBTOR WILL AMEND THE PLAN ACCORDINGLY. THE COURT TO RETAIN JURISDICTION OVER THIS MATTER.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

PEREZ COLLAZO, LOURDES MILAGROS
CALLE 46 A A-51
VALLE ARRIBA HEIGHTS
CAROLINA, PR 00983-3419

PRAMCO II
230 CROSS KEYS OFFICE
FAILPORT
NEW YORK, NY 14450

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR 00919-5596

AEELA
P.O. BOX 364508
SAN JUAN, PR 00936-4508

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

DORAL FINANCIAL CORPORATION
PO BOX 71529
SAN JUAN, PR 00936-8629

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FRANCISCO HERNANDEZ CHIQUES, ESQ.
PO BOX 9749
SAN JUAN, PR 00908

PRAMCO CV9, LLC
PO BOX 70195
SAN JUAN, PR 00936-8195